UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE GORDON, #216571,

        Plaintiff,

v.                                              CASE NO. 2:11-CV-15261

MICHIGAN PAROLE BOARD, et al.,

        Defendants.
_____/

**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR AN ORDER
TO SHOW CAUSE OR AN ORDER GRANTING DEFAULT JUDGMENT**

The court has before it a letter from Plaintiff Eddie Gordon requesting an order to show cause or an order granting default judgment. The court, however, has summarily dismissed his pro se civil rights complaint for failing to state a claim upon which relief may be granted and concluded that an appeal cannot be taken in good faith. (1/12/2012 Order, Dkt. # 7.) Plaintiff's request is therefore moot. Accordingly,

IT IS ORDERED that Plaintiff's request for an order to show cause or an order granting default judgment [Dkt. # 8] is DENIED AS MOOT. No further pleadings should be filed in this matter.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: January 18, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 18, 2012, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522